THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY M. JOHNSON,<br><br>               Petitioner,<br><br>   v.<br><br>STATE OF WASHINGTON,<br><br>               Respondent. | CASE NO. C20-0201-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 10). Having thoroughly considered the report and recommendation and the relevant record, the Court finds oral argument unnecessary and hereby FINDS and ORDERS that:

1. The Court hereby APPROVES and ADOPTS the report and recommendation (Dkt. No. 10);
2. Petitioner's habeas petition (Dkt. No. 7) is DENIED;
3. Petitioner's motions for an order to show cause (Dkt. No. 8) and to exhaust state remedies (Dkt. No. 9) are DENIED as moot;
4. Petitioner is denied issuance of a certificate of appealability;
5. This case is DISMISSED without prejudice; and
6. The Clerk is DIRECTED to send copies of this order to Petitioner and to Judge Peterson.

DATED this 2nd day of June 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0201-JCC
PAGE - 2